UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| CHARLES EDWARD JOHNSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7: 15-039-DCR |
| V. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The administrative decision of Carolyn W. Colvin, Acting Commissioner of Social Security, is **REVERSED** and this action is **REMANDED** for further consideration by the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This 13th day of June, 2016.



Signed By:
*Danny C. Reeves* DCR
United States District Judge